UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02268-SSS-SPx | Date | January 13, 2026 |
| Title | *Marina L. Gutierrez v. Wal-Mart Associates, Inc. et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PLAINTIFFS' MOTION FOR REMAND [DKT. NO. 12]**

Before the Court is a Motion for Order Remanding Action to State Court. [Dkt. No. 12, "Motion"]. For the reasons set forth below, Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**. [*Id.*].

Local Rule 7-3 demands that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7-3. The conference must occur at least 7 days before the filing of the motion. *Id.* If the parties cannot reach a resolution, counsel for the moving party must include a statement in the notice of motion articulating that the parties met and conferred on a certain date. *Id.*

Further, the Court's Civil Standing Order requires that statement to include "(1) the names of the counselors present at the conference, (2) when the conference was held, (3) how long the conference lasted, (4) the manner in which the conference was held, (5) what issues were discussed, and (6) what issues the parties were unable to resolve. [Dkt. No. 9 at 12].

Here, Plaintiff's Motion does not comply with the requirements of Local Rule 7-3 or the Civil Standing Order. Although Plaintiff claims that a meet-and-

confer took place regarding the Motion for Remand on October 7, 2025, [Dkt. No. 12-1, "Zeigler Decl."], Defendants note that this call only pertained to the Rule 26 report and discovery plan, not the Motion for Remand.  [Dkt. No. 16, "Opposition" at 8].  Plaintiff points to an email with Defendants' counsel "following the Meet and Confer Call," [Zeigler Decl. at 2], but this email was notably sent on September 19, 2025, weeks before the meet-and-confer was held on October 7, 2025.  [Zeigler Decl., Ex. A].  Defendants contend that no remand discussion took place beyond this brief email.  [Opposition at 8].

      Accordingly, Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.  [Dkt. No. 12].  The Court reminds the parties of the importance of adhering to the requirements of the Local Rules and the Civil Standing Order.  The Court will not grant any subsequent motions if the parties fail to satisfy the meet and confer requirements.

      **IT IS SO ORDERED.**